IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR25 |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL FLOWERS and | ) | |
| MALISA MONROE, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendants' unopposed motions for extension of time to file pretrial motions. For good cause shown, I find that the motions should be granted.

**IT IS ORDERED:**

1. Defendant Michael Flower's Motion to Extend Time in Which TO FILE PRETRIAL MOTIONS [30] and defendant Malisa Monroe's Motion to Expand Time [31] are granted.

2. Pretrial motions shall be filed on or before **March 20, 2007.**

3. Defendants are ordered to file a waiver of speedy trial as soon as practicable.

4. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between March 6, 2007 and March 20, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of March, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**