PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

**District of Nebraska**

| | |
|---|---|
| **United States of America** )<br>)<br>vs )<br>**Michael Flowers** )<br>) | **Case No. 8:07CR25** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Flowers, have discussed with James M. Roberts, Pretrial Services Officer, modification of my release as follows:

(7)(k) The defendant shall reside a the **Veteran's Administration sanctioned three-quarter way house located at 4201 Barker Avenue in Omaha, Nebraska 68105, Ph: 614-5682** at all times and comply with the rules of such facility. In the event the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the Court to review the conditions of release.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3-15-07   _____   3/15/07
Signature of Defendant         Date          Sr. Pretrial Services Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          4-11-07
Signature of Defense Counsel       Date

[X]   The above modification of conditions of release is ordered, to be effective on 3/15/07.

[ ]   The above modification of conditions of release is not ordered.

_____          4/12/07
Signature of Judicial Officer       Date